U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

MAY 20 2004

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

David E Sipfle )
)
)
)
**Plaintiff(s)** )
)
Ms. **vs.** Cortland Country Club )
with Brenda Chaffee, William Higgins, )
Paul Gutchess, Gerald Coggi )
**Defendant(s)** )
(Cortland Country Club and Brenda Chaffee)

Civil Case No.:

**5:04CV565**

**CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

NAM/GHL

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.     This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.     Plaintiff:   David E. Sipfle

Address :   P.O. Box 54, 718 Division St. Apt #4
De Ruyter NY 13052

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant:   Cortland Country Club and Brenda Chaffee
Official Position:   (Past) Office manager
Address:   5365 Route 41
Homer NY 13077

FORM E(1)(a).1

b. **Defendant:** ~~Cortland Country Club, Paul Gutchess~~

**Official Position:** (Past) President of CCC, Board of governors

**Address:** P.O. Box 227, West Rd (Route 281)
Cortland NY 13045

_____

c. **Defendant:** Cortland Country Club, Paul Gutchess
WEST RD (RT 281)

**Official Position:** P.O. Box 227 (Past) Greens Committee Chairman

**Address:** Cortland NY 13045

_____

_____

Continue(d) next page
additional →

**Additional Defendants may be added on a separate sheet of paper.**
Listed on separate paper (over)

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)**  1

1. I am a male who was sexually harrassed and who opposed a discriminatory practice.

2. I worked as a golf course superintendent

3. I was subjected to a sexually hostile enviroment by office manager, Brenda L. Chaffee, of a seperate dept. From mine. She being aware that I am a married man and that my wife had worked for respondent. Conduct included but not limited to her calling me into her office, giving gifts, sending me away from my job duties to do personal favors on demand to do (repairs) including her home, touching my shoulders and back, rubbing against me, 10-13 2K being flirtatious in particular in front of my wife dates 10½ KL causing marital strife. Also blocking doorways. Intrusion into
FORM E(1)(a) .2
my privacy and personal business (asking where my bedroom curtains (date 5-2001) were bought) est. date: 7-1988  Insulted my marriage, my truck (date 7/2000) what I eat (she is vegetarian) est. dates: 7-2000, 5-2001, summer 1987) and many more times! Showing and displayed pornographic joke on desk and employee break area/waitress station est. date: 7-1994  Thrusting Bustline, tried to kiss me dates 10-30 2k! date: 7-94 Continues

6. Defendant: Cortland Country Club
and Gerald Coggi
Official Position: Club Manager
Address: P.O. Box 227, West Rd. (CR+281)
Cortland NY 13045

# Facts                                    2

With her breasts forward/back arched towards me (accidently? — on purpose?) bumps, press brushing, rubbing motion (were they in the way?) Happened many times with my wife catching glimpses, Chaffee was unaware of my wife's presence. This was very revolting, reminds me of a "sloppy cow." I turn my back/move away. Chaffee got onto my truckster (a work vehicle used by groun crew) and sat next to me uninvited. She insisted on doing this in front of my daughter, Diannah Sipfle (7-2000) Chaffee had no purpose for excuse used. She had bad habit of getting to close to me for comfort, despite my protest. She was touching me constantly invading my space. Chaffee made displays of indecent exposure to myself and former employee, Clint Skinner (various dates include 6-19-96) Skinner told my wife and I (date:6-2002) when he was an employee his observation was: she had her legs spread apart, showing all of her open crotch area, a lot of private flesh showing, while she sat on the Clubhouse steps. He said "it was there if you wanted it." and "she had peculiar behavior." To my wife, he said "he noticed I, (David Sipfle) would avoid her when she approached me. I would avoid her like a cat that slinks away from something it does not like." (date: 6-2002) During her time to instruct me using the computer (date: July 1994) In my office, she was too close, kept touching me, this is when she tried to kiss me, forcing me to move back stand up and move away period. Carol White (deceased bartender) encouraged gift giving when I didn't want to participate. White and Chaffee persisted, barraged me with calls "come up and bring gifts." I tried to avoid, but had to get pay/Xmas bonus checks which are kept in her office. I felt pressured, very uncomfortable, was against Club policy. Ruining my Xmas Spirit before I see my family. Gifts were left on G. Cuggi's desk. Chaffee called me, left messages for me that ended up not being about work, more to socialize or ask personal favors, not pertaining to work. Numerou times these calls were made on her phone to my work phone.

continue next page ➔

# Facts                    5

(work phone, answer machine) and notes left on my desk–sometimes in person with Chaffee's handwriting or taken by my assistant, John Walker. At times messages to call her, which ended up that when I responded, were not about work. (she would not say what she wanted) until I called back or went up to her office.( Then I would find out it was not work.) I was always on guard, never knowing if it might be an important work problem or her wanting something personal. Her pressure became increasingly pushy, degrading, making my job difficult, if she were not pleased first (with her improper work behavior) I could not eat or get coffee without her approaching and touching me. It was making me very sick, lost my appetite, quit eating lunch in clubhouse – had been one of my privileges – lunchs included with job. A further incident, Chaffee had a rush UPS (parts) delivery in her office: my UPS (parts) delivery's were to be dropped at CCC's proshop. I had gone to the proshop to get my package. I spent valuable time waiting, making calls, running around for next day air delivery UPS package. I finally found it in her office after much experation of time and aggravation. I said "what the hell is this doing here?" (as my seeder was down and there was 3 days of rain coming in the forecast, I'm getting the course ready for the next tournement. I took my package and left, I presume she took it. From Pro Shop Had confrontation (date Oct. 13, 2001) with her and another on date: May 21, 2001 as she contined to annoy me as if the confrontation never happened, she never intende to comply, would not give up. She wanted it to start all over again in a wrong way. Ie.' Chaffee continued to close her office door, looking for sympathy, acting guilty – not sorry, hiding what she'd done, knowing she had been caught, not ashamed. I refuse to protect her. What she has done is unacceptable. I only wanted to do my job, make an honest living supporting my own family and my own home. Chaffee had a phony work attitude, working with her was a farce, full of moress.

Continue next page →

Facts        4

Concerning William E Higgins, future: president of Cortland
Country Club, board of governors (during this same time) I
spoke several times with Higgins about trouble with
Chaffee (date: August, 2001) In cc club's maintenance shop
(location of the building where my office is and where
Greens Committee Meetings are held) I complained to
Higgins about Chaffee. His responce was "she wouldn't
be here much longer. She would be out of here" (date Sept 16²⁰⁰;
After Collins Cup Tournament (I recieved letter of praise
from Collins Cup Committee, includes letter to Presidont of
Club, Steve Gulini) I also have copies (dated Sept 15+16 2001)
Higgins with another member, Mike Caltan, my wife Gina
and myself are sitting in Clubhouse. Higgins said "we have
to start treating some of our people better", "but not the
one upstairs" note: Coggi, club manager and Chaffee
office manager, office's are upstairs. I was led to believe
changes were going to made for the better especially
when he said "when I am presidont of the Club, there
are going to be changes made" Mike Caltan saying
"first we must put it to the board" Higgins was looking
directly at us, most of the time smiling. (I am hopeful
for a change as I continued working for the Club
for Insurance for my family and I needed relief
from Chaffee.)(date: Sept 15+16 2001)

Note! date! (March 25, 2002) after I spoke with Higgins about
Chaffee, I'm told Chaffee written up before: leaking
information after board meetings. Higgins saying there
would be Zero tolerance for harrassment of any kind
(date: March 25, 2002)

continue next page →

Facts                5

(date Dec. 2001) My wife, Gina sends Christmas Card disapproving of Chaffee. Higgins came down to my office (maintenance shop) to talk to me about card said he found card disturbing and that my wife should not disturb Brenda (Chaffee) any more (date April, 2002) letter date April 19, 2002 (we have copy with registered return reciept.) My wife sent to Higgins a complaint about Chaffee. Responce is from Clubs attorney, Robert M. Shafer, denies problem and that nothing will be done—no action advised. (have copy) I stopped Higgins at 5-1-2002 Club driveway ~~at Club driveway~~ to complain about Chaffee (May 2002) He said, very harshly, he "didn't date: want to talk about it" "send complaint to Coggi" (5-25-2002) date: which I did (also I have registered return reciept with copy of complaint) After this complaint mailed (June 5, 2002) Date: Higgins said to me that "I could be fired for anything re: driving a golf cart to fast!" date June 7, 2002) + ~~f~~or meeting: A meeting is scheduled by Coggi and Higgins ~~then~~ cancelled by Higgins. Meantime I about sexual harrassment have had appointment with my attorney, Plavoukos employment problem (date: June 11, 2002). I meet with Coggi and Higgins, with my son Joshua Sipfle, also a grounds crew employee at GCClub, to be my witness, as Attorney Anita Roberts advised my wife, Gina to tell ~~me to do~~ me to do during telephone conversatron between my wife and Attorney A. Roberts (date June 11, 2002) Advice to myself Dave, from Attorney Plavoukos almost the same, say nothing and write it down (Josh Sipfle took notes) 10:00 A.M. June 12, 2002.

continued next page ➤

*Facts*   6

( date: June 19, 2002) meeting took place with my attorney, Plavoukos, Clubs attorney Robert M. Shafer, Coggi, Higgins and myself. It was agreed that I wouldn't have to go up to the Clubhouse anymore (as Plavoukos revealed to Shafer about Chaffee pushing her bustline against me) — under circumstances I had my assistant get mail. — Plavoukos also asked for my job description from CCC. This job description, I have copy of, arrived to my home after 10 days. It was different from my description summitted to CCC April 2001 — I also have that copy. The new one especially states: "Maintain a professional working relationship with all Club departments, but especially the Pro Shop and Business Office" (date: 6-21-02) please note: Brenda Chaffee, the offender is the Office manager. (June 17, 2002) Higgins has asked John Walker, my assistant "if he is ready to step up to superintendent" — in my son Joshua Sipfle's presence. (date June 30, 2002) — I went to visit Clint Skinner at his home. I ask him for a statement regarding Chaffee's conduct. Skinner said "yes". My wife, Gina sends him a self addressed stamped envelope to mail to myself, David Sipfle.

(date: July 6, 2002 ) I have a note showing my notes of message by Coggi to me: Coggi 1:38 pm. Saturday ( I have finished my duties, gone home for weekend before this message is made) I recieve message 7:35 A.M. monday: " meeting 11:30 monday " ( I made written note: Higgins in Clubhouse was on course 3½ hrs. round golf, done around 11:00 A.M, while Higgins in Clubhouse told Coggi meeting in Clubhouse

# Facts                   7

11:30 monday call Dave: as per Coggi message.

I do own an answer machine at my home and the C.C. Club does have my home phone number. Coggi would never mention any problems to me in person. I believe Coggi was told and pressured to write to me various notes and letters; sign his name, with Higgins ordering Coggi to do so.

(date July 8, 2002): I'm suspended while performing my duties: Meeting is scheduled that no-one will tell what it is about. Not Coggi nor Gutchess when I ask them. Higgins does say "PERSONAL!" I have no time to contact attorney. I did say "if this is a greens and grounds issue, come down to my shop and I will gladly meet. I was told to come up to the Club house, where I believed Chaffee would be. I declined to attend in Club house meeting. Gutchess, greens committee chairman, said to me "is this how you're going to handle it?" I said "yes". He went into the club house. Later, while I was working on the course, Higgins and Gutchess came out to me on a golf cart, handed me an envelope containing my letter of suspension. (I went directly to my home. Time 11:30 A.M. July 8, 2002)

The suspension letter said "with pay until further notice" I didn't understand what happens after "further notice".

*Fact*

(date: July 10, 2002) I am making phone calls to Human Rights. Senetor Nancy Loraine Hoffman any and all legal advice including my attorney even to Clint Skinner. None of my calls do any good. That night I have nightmares/terrors. (I could get no calls answered the during day) I continue to make and wait for phone calls.

(date: July 12, 2002) I'm filling out the forms recieved from Human Rights 9:30 AM at my kitchen table at home. My wife, Gina reminds me to call CCC at about 9:45 AM. When I do call I speak with Coggi. I told him I could not get in touch with my attorney, so I can not make the meeting. Gutchess came on the phone. He ask "where am I?" I said "home". He demanded I be at the Club in 30 minutes. (They did not give me an extra 2 hours as stated in their (respondent letter to Human Rights August 22, 2002) Or be fired and hung up the phone. I could not travel to CCC in 30 minutes, as I would have to pass through 7 towns, a 27 mile trip. I believe this was a threat to my personal safety. My wife heard the phone conversation, she was also next to me in the kitchen.

Continued next page

( I recieve a notice from Coggi that
 I am terminated as of July 12, 2002 by mail
 also dated the same. This also dated same
 as when I called about meeting scheduled July 12, 2002 )

Continue next page →

# Facts                    9

Concerning Paul Gutchess, past: ?Greens Committee Chairman of Cortland Country Club. After a greens committee meeting I spoke with Gutchess (date: Oct. 2001) especially about the trouble with Brenda Chaffee. He seemed to listen very carefully. His responce was I wouldn't have to deal with her, only himself, Gutchess (note: this is how I understood my description of my job to be: To deal with one — the Greens Chairman.)

## Facts
Concerning Gerald Coggi, Club manager. He complained to me (after pulling up along side of me in parking lot of club, with one of his usual comments "here comes that miserable c___t" I would turn and leave, let Coggi take care of it. Chaffee had come out of the Clubhouse, rushed his car, before he could come out of it. (date 8-2000)

## Facts
All mentioned parties were aware of my wife (Gina SipFle) has a medical problem that she and I both are dealing with. Brenda Chaffee's conduct was very stressful to deal with for both my wife and I, compounded by Cortland Country Clubs president William Higgins, Paul Gutchess and Gerald Coggi **Especially Chaffee from the start.**

Continued next page →

# Facts          10

My unemployment claim July 22, 2002, I recieved 2 checks only July 29 and August 6, 2002. A total of $810.00 Then I recieve notice from Labor Dept. that there is an issue regarding unemployment Insurance." Your benefits will be withheld pending an investatigation, from you regarding your seperation from Cortland Country Club". Letter dated 10-10-02 (I have the notice) I missed making my mortgage payment as a result.

## Fact

(date: July 26, 2002) a letter to me and my wife from attorney (also a member of CCC) Donald Yager, sends letter saying any further contact made to Clint Skinner will be considered harassment, not to make any further attempts in any manner.

— Through my years of employment with CCC, I had complained to other Club presidents and greens chairmen to no avail. I was told only "to get along" I believed that when William Higgins and Paul Gutches attained their positions I would finally be heard, appreciated and an improvement made to help with my work problem with Chaffee. harassment I have letters of praise that had assured me of my job up until my complaint about Chaffee's harrassment. Chaffee is a user and abuser of people. Working with her was disgusting, embarrassing, revolting with a puke-jerking feeling. I don't know what was her corrupt personal problem, I know it wasn't mine to cure. She was a "pain in the ass" that no decent person should have to tolerate There were enough problems to running a golf course. My dedication to my career was not ever meant for her advantage. I only wanted to totally, exclusively support my adoring wife, children, home, well being to whom I am personally responcible for with satisfaction of job well done. Despite her warped thinking and immoral influence by some club members and employees, I refused to go along with it. I did my work and gave my best to CCC as much as humanly possible.

## Facts

11

I am Christian and hold with the doctrine of Jesus Christ. My former employer, coworkers and members of Cortland Country Club contradicted attempted to contrained my religious beliefs. I felt the very hounds of hell were nipping at my heels, Fore mentioned tried to bring me down to their level to force me to abandon my religion. I have been Christian all of my life.

5.

## CAUSES OF ACTION

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Sexual Harrassment: examples on
Fact sheets DavidSipfle:victim
offender:Brenda Chaffee

### SECOND CAUSE OF ACTION

Retailation: threatened employment, then coerced
terminated, cutoff unemployment with no warning
after having recieved for two weeks (unemployment checks)
David E. Sipfle: victim
offenders: William E Higgins
Paul Gutchess, Gerald Coggi

### THIRD CAUSE OF ACTION

Defamation: causing verbal abuse and
threats by family, and former Friends to discrimante
against me. Losing my home and peace of mind
with various property lost. My wife was assaulted
and harassed by several members of my family as result
and my wife was injured

6. Plaintiff(s) demand(s) a trial by

(Jury) -or- Court

(Circle only one).

FORM E(1)(a).3

4th Cause
concerning:
Disability

5.    The conduct complained of in this action involves:
      (Check all that apply)

      **(A)** ___   Failure to employ.

      **(B)** ✓    Termination of employment.

      **(C)** ___   Denial of participation in public service or program.

      **(D)** ✓    Failure to make alterations to accommodate disability.

      **(E)** ✓    Retaliation.

      **(F)** ___   Other acts as specified below:

          _Disparate Treatment_

          _Disparate Impact_

          _____

          _____

          _____

6.                                **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

**Note**: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

_Truckster Back-Fired in my ear at close range_
_est. June 1986 in Maintenace Shop in close proximity_
_to grounds person Richard Post. I was on the floor_
_behind machine to view a problem area. I asked the_
_worker to turn on the machine, then it back-fired. I have_
_had noticeable hearing problems ever since that episode_
_Performing my job I could well. Understanding conversation_
_was difficult._

FORM E(1)(d).3

Facts                                    2

I did not appreciate especially Brenda Chaffee touching me on my back, shoulders, arms when I was unaware of her presence. It would startle me unnecesserilly very much, breaking my concentration and I found her action repulsive, I never liked her touch or approach. Her voice was highpitched except when her voice was low, I would especially notice her degrading speech. Most of the time what she had to say was nonsense and very little work related. She was like noise pollution. (1985-2002) Although I asked for different work arrangements apart from Chaffee it was denied. I was never fully able to communicate the problems that existed or given the chance to explain. My wife attempted to bring out facts so this situation could be investagated more closely. She was denied by Higgins with Club attorneys (have copies of letters date: 4/12, 2002, 5-1, 2002) I needed someone I could trust to witness and present my problem. That is why I had my son, Joshua at a meeting and Hired Lee Plavoukos dates: (6-11-2002) and (June 19, 2002) Lee Plavoukos was made aware that I had hearing impairment. (also during a physical with Dr. Creamer, he also discovered my hearing impairment and counceled me about it date Oct, 2001) that physical was also for my wife and I to talk over having more children to prepare for pregnancy - so much stress was happening that my wife and I stopped plans for more children) My superiors never spoke to me calmly. Their tone of voice beame more harsh in intensity closing in to the time of my termination. Caused me to become fearful, upset, very nervous about my job and children added to my family, which I did talk with Coggi about with my wife present. date: (Oct 12, 2001: date) (about more children) including Chaffee's presence with another office Person. A m

Facts                                    3

Chaffee seemed very disturbed about the subject of my wife and I anticipating more children (babies) (10-12, 2001).

I have documented dates of conversations with William Higgins and Paul Gutchess of August 2001; Sept 16 2001; Oct 2001, Dec. 2001; March 25 2002; April 2002;  Gutchess  May 2002; June 7, 2002; June 12, 2002; June 30, 2002; July 6 2002; July 8, 2002; Gerald Coggi, club manager acting as spokesman at times (July 6, 2002) the note I have is "Dave, please remove your wife's voice from the answer machine - Coggi" - 6-29-02. This upset me as I find my wife's voice soothing to me. This request was very disturbing.

Human Rights intake was difficult for me to hear and understand especially the date of 7-02, and 7-18 2002 and Dec 2003 were very very hard to hear.

William Higgin's statement to Executive Dept. Division of Human Rights is miscontrued with twisting of facts. Please note he does mention on page 2, paragraph 5 it says "Dave had been spoken to numerous times about these requirements." I naturally would need to hear things said repeatly because of my hearing. I always managed to meet the requirements in timely manner, never late. Higgins statement date Aug 22-02. So somehow it is verified that many times I opposed some requirements that involved Chaffee, even by Higgin's statement; he also does not make clear the problems were brought forward with Higgins trying to stop it and deny the problems, although I do try to communicate with him. I have documention of letters and my wife's diary, witnesses, ect and medical records showing undue stress placed on myself and wife for the stress - Great Stress, Myself and my wife are tenacious when he states (paragraph 2, page 2, Aug 22-02) "There are a number of issues she would not let go of" was actually held by myself and my wife not just my wife.

<u>Facts</u>

<u>4</u>

Higgins would not consider, accomadate, be helpful to me at anytime. His general attitude to be non approachable, I will give examples as Follows: I have letters of praise from past presidents and committees. These stopped when Higgins was comming into the position of president of CCC. He could only find fault with me, on ~~the~~ two occassions he did praise (He was chairman of Member Guest Committee and had won that tournament (Estimate 1998) X May 2000 and Breeze). While on CCC Board of Governors, Higgins (1990 to present) constantly in disagreement at meetings, especially greens/grounds meetings, he <u>intentionly</u> changed <u>voted in decisions</u> after meetings saying to me "<u>don't listen to them</u>" ie: (Bob Demery, Steve Wall, Jen Barden, Bernie Wineberg, John Wanish) Deliberately misrepresenting information to Board of Governors) even when he was not a part of the Board or a committee. When Higgins is appointed President of Club - when no one else wanted the position - he was asked, then appointed - all 12 board members had been asked, prior to Higgins, all but Higgins declined. Higgins then appoints Paul Gutchess for Greens Committee chairman. He (Gutchess) was warned by several members at CCC and myself of Higgins tendency to "roll over" people (Oct 2001) I felt the full affects of his pressure and total disregard for understanding. He chose only to see it his way. The welfare of his own satisfaction and the Club as stated in Club's Flyer <u>The Breeze</u>, July 2002, "presidents message" is very interesting - I have the Flyer, "The Breeze" Drinking alcohol was encourged especially after meetings (I did not stay long) (I must travel 29 mis. home) Tony Sarceno (golf pro) during visit to club w/wife encourged "open tab" to drink in excess (we did not) Higgins has shown signs of resentment to my wife, he sneers alot at her, my wife chose to stay close to me, especially because of my hearing imparment.

dis

<u>Facts</u>          <u>5</u>

(August 2000) Coggi, club manager, called me "Buddy" (did this many times) which in turn a bartender Ricky Cheesebourgh calls me "Buddy" with my wife present. Cheesebourgh's wife, Tonya, a waitress approached my wife and I with "off" color comments" about "playing a game" seems she was trying to start something like Fooling around, I was astounded and surprised by her saying these things, with her actions, that my wife ended up hearing very well, what I missed hearing, my wife did hear (this is all happening during a Member Guest, Aug 2000) In Coggi's office my wife and I are speaking with him, Tonya Cheesebourgh comes in and interupts talking abusively and vulgarly about CCC members and the member-guest tournament, she with Coggi going along with her, sickened me, my wife is appalled as she can hear much better than me, we are embarrassed as the member-guest is one of the highlights, biggest and most important tournaments of the season, that I have worked very hard for. I made complaint to Coggi about Cheesebourghs within a weeks time, that "I wanted it documented (Aug 2000), I̲t̲ w̲a̲s̲ n̲o̲t̲. My wife spoke to Russ Rothig, attorney, member of CCC Dec. 2001 about incidents happening at CCC, he say's "oh that's just Tonya" and to document the incidents (make reports) Tonya Cheesebourgh is very rudely staring at us at the 2001 member-guest during most of dinner and our plates are not removed for each entree all eating utensils were left in front of us, (Oct 11, 2001) again she is very rude, staring at us, removed our drinks, wasn't her job where we sat. She had been warned to stay away from us by Coggi through my request. On (March 25, 2002) I finally made sure the Cheesebourgh's and Brenda Chaffee are documented, on record by Gerald Coggi. N̲o̲t̲e̲: Ricky Cheesebourgh was encouraging his wife's misbehavior. They both acted in place of Coggi: They would take over whether Coggi is there or not. (March, 2002) Coggi is promoted to General Manager which oversees entire Club's Operations, including my job.

<u>Facts</u>                    <u>6</u>

concerning Paul Gotchess: past greens committee
chairman of Cortland Country Club (CCC). After a
greens committee meeting I spoke with Gutchess
(<u>date Oct, 2001</u>) especially about the trouble with
Brenda Chaffee. He seemed to listen very carefully
his responce was I wouldn't have to deal with her
only himself, Gutchess. (note: this is how I understood
my description of my job to be - to deal with one
the greens chairman. This is a demostration of how
a conversation can be held - yet Gutchess was "rolled
over" by Higgins. My asking for help goes ignored again.

## FACTS          7

I am Christian and hold with the doctrine of Jesus Christ. My former employer, coworkers and members of Cortland Country Club contricted attempted to contrained my religious beliefs. I felt the very hounds of hell were nipping at my heels. Forementioned tried to bring me down to their level to force me to abandon my religion. I have been Christian all of my life.

Cortland Country Club (CCC) members would yell at me making the sound of voices distorted (to this day making me to still have nightmares about people yelling at me and I don't know what they are saying.) — Answer machine was very difficult to hear and understand (I had to replay several times) During Meetings I always asked for them to repeat themselves and they became irritated with me & this is why I

date: avoided meetings without someone there that I could trust and help me - especially just before I was fired — This also makes conversation with coworkers difficult and why I am of few words.

July 2002

7.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

| | |
|---|---|
| Wages lost | $ 90,095.00 |
| unemployment benefits | 1,600.00 |
| Former (family home) Home | 85,000.00 |
| land (real property, family) | 8,600.00 |
| Household and personal property | 15,000.00 |
| Legal Fees and other misc debts | 2,200.00 |

$ 193,895.00 total

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/20/04

_____
**Signature of Plaintiff(s)**
**(all Plaintiffs must sign)**

FORM E (1) (d) .4

7.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Wages lost $90,095.00
unemployment benefits $1,600.00
former home $85,000°° (Family home)
land (real property) $8,600.00
House hold property
        Includes other personal property $15,000°°
        Legal fees and other misc debts $2,200°°
                                  $193,895.00

I declare under penalty of perjury that the foregoing is true and correct.

DATED:        5/20/04

_David E. Sipfle_
_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

FORM E(1)(a).4