# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**DAVID E. SIPFLE and GINA M. SIPFLE**

*Plaintiffs'*

VS.     5:04-CV-565 (NAM) (GHL)

**CORTLAND COUNTRY CLUB, INC., and BRENDA CHAFEE, Individually and in her Officeal Capacity as Office Manager of Cortland Country Club**

*Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Previously the Court issued a Memorandum-Decision & Order on 11/4/05 dismissing the Second Amended Complaint without prejudice to repleading within 20 days in compliance with Rule 8 of the Federal Rules of Civil Procedure.  The action is hereby dismissed for failure to comply with the Court Order.

All of the above pursuant to the Order of the Honorable Norman A. Mordue, dated the 4th day of November, 2005.

| | |
|---|---|
| **DECEMBER 13, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |